# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

**CASE NO.:  14-17994-BKC-LMI**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

SAMUEL C OLIVEIRA

<u>DEBTOR_____</u>/

## NOTICE OF DELINQUENCY

    **PLEASE TAKE NOTICE** the above-referenced Debtor is delinquent in Confirmed Chapter 13 Plan Payments in the amount of **<u>$7879.32</u>**.

    The Debtor shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan, **<u>INCLUDING ANY PAYMENTS THAT BECOME DUE WITHIN THE FORTY-FIVE (45) DAY PERIOD</u>**, in the form of a money order or cashier's check only.  Payments must be sent to:

    NANCY K. NEIDICH, ESQUIRE
    STANDING CHAPTER 13 TRUSTEE
    P.O. BOX 2099
    MEMPHIS, TN  38101-2099

    If the Chapter 13 Trustee ("Trustee") does not receive all payments by **<u>October 29, 2018</u>** to bring the Debtor totally current under the Confirmed Plan/Modified Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee may file and serve a Report of Non-Compliance.

    As a result of the Debtor failure to become current or timely file a Motion to Modify, the case shall be dismissed with prejudice to the filing of any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal without further notice or hearing.

    **I HEREBY CERTIFY** that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 14th day of September 2018.

                                  */s/ Nancy K. Neidich*_____
                                  NANCY K. NEIDICH, ESQUIRE
                                  STANDING CHAPTER 13 TRUSTEE
                                  P.O. BOX 279806
                                  MIRAMAR, FL  33027-9806

NOTICE OF DELINQUENCY
CASE NO.:  14-17994-BKC-LMI

## SERVICE LIST

## COPIES FURNISHED TO:

### DEBTOR
SAMUEL C OLIVEIRA
9104 SW 215TH TERR
MIAMI, FL  33189

### ATTORNEY FOR DEBTOR
JORDAN E BUBLICK, ESQUIRE
250 95 ST
PO BOX 545941
MIAMI, FL  33154-5941